UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| LINDA GEAN HINES, pro se,<br><br>Plaintiff,<br><br>v.<br><br>UNITED STATES OF AMERICA,<br><br>Defendant. | No. LA CV15-07193-JAK-AGR<br><br>**JUDGMENT**<br><br>**JS-6** |

On February 28, 2017, a bench trial of this matter was held. The Court having reviewed the parties' exhibits, listened to the trial witnesses and considered the oral and written arguments of the parties, IT IS HEREBY ADJUDGED that judgment is entered in favor of the Defendant, United States of America.

DATED: April 20, 2017

_____
HONORABLE JOHN A. KRONSTADT
UNITED STATES DISTRICT JUDGE